# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: <u>Slaughter v. Auletta</u>

Plaintiff: Daniel Lee Slaughter

Civil Action No. 1:17-CV-1175

**(Chief Judge Conner)**

# ORDER

On July 5, 2017, the individual listed above, filed the above civil rights complaint without submitting a filing fee, or the **proper** forms required to proceed *in forma pauperis*.[1] (Doc. 1).

By Administrative Order dated July 26, 2017, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted the **proper** application to proceed *in forma pauperis* (short form). An application to proceed *in forma pauperis* (short form) *was* enclosed with the Order. (Doc. 6).

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

---

[1] Although plaintiff filed an application to proceed *in forma pauperis* and an Authorization Form (Docs. 2 & 3), these forms are for incarcerated individuals subject to the Prison Litigation Reform Act.

THEREFORE, IT IS ORDERED THAT this action is DISMISSED without prejudice, and the Clerk of Court shall close this file.

                                        <u>/S/ Christopher C. Conner</u>
                                        Christopher C. Conner, Chief Judge
                                        United States District Court
                                        Middle District of Pennsylvania

DATE:   August 30, 2017